No. 1082, Misc.  STEPHENS *v.* LABURT, STATE HOSPITAL DIRECTOR.  C. A. 2d Cir.  Certiorari denied.  *Morton Birnbaum* for petitioner.  *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1096, Misc.  ALEXANDER *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 1102, Misc.  HARRISON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 1109, Misc.  BOWEN *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1242, Misc.  GAINES *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *William O. Weissich* for petitioner.

No. 1035, Misc.  STEWART *v.* MICHIGAN ET AL.  Petition for writ of certiorari to the Supreme Court of Michigan and for other relief denied.

No. 70.  WOLF ET AL. *v.* WEINSTEIN ET AL., 372 U. S. 633.  Petitions for rehearing of respondents Fried and Weinstein denied.

No. 892, Misc.  WILLIAMS *v.* NASH, WARDEN, 372 U. S. 971; and
No. 896, Misc.  PATTERSON ET AL. *v.* NEWPORT NEWS REDEVELOPMENT & HOUSING AUTHORITY, 372 U. S. 770.  Petitions for rehearing denied.